## IN THE SUPREME COURT OF THE STATE OF NEVADA

DELBERT CANNON, AN INDIVIDUAL; AND DEL TECH COMMUNICATIONS, INC., A NEVADA CORPORATION,

Appellants,

vs.

NATURE'S KINDEST, LLC, A NEVADA LIMITED-LIABILITY COMPANY; STEPHANIE MEEHAN, AN INDIVIDUAL; AND S&M MANAGEMENT SERVICES INCORPORATED, A NEVADA CORPORATION,

Respondents.

No. 82987

FILED

SEP 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Mark R. Denton, District Judge
Janet Trost, Settlement Judge
Law Offices of Byron Thomas
Reid Rubinstein & Bogatz
Eighth District Court Clerk